**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 06-752-PHX-FJM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Miguel Hernandez-Ramirez, | ) ) | |
| Defendant. | ) ) ) | |

This Court has received and considered Defendant's Notice of Appearance which is docketed as "First Motion to Appoint Counsel" (docket #16). Defense counsel's Notice is filed under case number 2:06-mj-00264-VAM-1. An Information was filed on August 1, 2006 and the matter assigned to District Judge Frederick J. Martone under the above case number (CR-06-752-PHX-FJM). The parties shall use the correct case number on all future filings.

Defense counsel's motion cited Local Rule 1.7 as the authority under which he is filing his Notice of Appearance.

The Court directs Mr. Alcock to LRCiv 83.3, Rules of Practice, effective December 1, 2005. Subsection (b)(3) states: "No attorney shall be permitted to withdraw as attorney of record after an action has been set for trial, (A) unless there shall be endorsed upon the application therefore, either the signature of an attorney stating that the attorney is

1 advised of the trial date and will be prepared for trial, or the signature of the client stating
2 that the client is advised of the time and date and has made suitable arrangements to be
3 prepared for trial, or (B) unless the Court is otherwise satisfied for good cause shown that the
4 attorney should be permitted to withdraw."  LRCiv. 83.3(b)(3)

5      On August 1, 2006, the Defendant was arraigned and the matter was set for trial on
6 October 3, 2006 at 9:00 a.m. before District Judge Frederick J. Martone.

7      Defendant's Notice of Appearance fails to meet the criteria held in Local Rule 83.3,
8 LRCiv, Rules of Practice.

9      Further, Local Rule 57.3, LRCrim, Rules of Practice effective December 1, 2005,
10 states that no attorney, unless specially appointed by the Court, shall be considered by the
11 Court as the attorney of record for a defendant in a criminal case until after that attorney shall
12 have filed with the Clerk a written appearance, giving the name and address of both the
13 attorney and the client.  A copy of the written appearance shall be served upon the United
14 States Attorney.

15      Defendant's Notice of Appearance fails to meet the criteria held in Local Rule 57.3,
16 LRCrim, Rule of Practice.

17      For the above-stated reasons, Defendant's Notice of Appearance is **DENIED** without
18 prejudice.

19      DATED this 15th day of August, 2006.

Lawrence O. Anderson
United States Magistrate Judge